UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIGID, INC.,<br><br>                       Plaintiff,<br><br>    -against-<br><br>NICKOLAS S. MAXWELL,<br><br>                       Defendant. | **NOTICE OF APPEARANCE**<br><br>25-CV-05571 (JAV) (OTW) |

PLEASE TAKE NOTICE that Ryan O. Miller, Esq., of Scarinci Hollenbeck, LLC, is appearing in this matter as attorney-of-record for Defendant Nickolas S. Maxwell and respectfully requests that all future notices and other papers be served upon the undersigned at the address below.

Dated:  New York, New York
         September 3, 2025

**SCARINCI HOLLENBECK, LLC**
*Attorneys for Defendant*

By: /s/ Ryan O. Miller
Ryan O. Miller, Esq.
519 8th Avenue, 25th Floor
New York, NY 10018
(212) 286-0747
rmiller@sh-law.com